Núm. 8596.—RAMÍREZ, aplte. *v.* BANCO COMERCIAL DE P. R., apldo. —C. D. San Juan. Cobro de dinero. Enero 15, 1943.

(Por la Corte, a propuesta del Juez Asociado Sr. Travieso.)

Vista la moción de la parte demandada apelada solicitando la desestimación del presente recurso (*a*) por no haberse radicado la transcripción de autos, que en este caso constituye todo el récord en apelación, dentro del término que se alega es fatal e improrrogable de treinta días contados desde la fecha de radicación del escrito de apelación; (*b*) por falta de diligencia del apelante en la prosecución del recurso; y (*c*) por ser el recurso frívolo.

POR CUANTO, de los autos ante nos aparece que la sentencia recurrida fué dictada por la Corte de Distrito de San Juan el día 30 de

abril de 1942; que en la misma fecha el secretario de dicha corte envió a los abogados del demandante apelante una notificación informándoles que dicha sentencia había sido dictada, registrada y archivada en los autos en ese mismo día; y que el secretario notificó además a dichos abogados que con fecha 30 de abril de 1942 él había archivado en los autos copia de la notificación de sentencia, de conformidad con lo dispuesto por la ley vigente.

POR CUANTO, aparece también de los autos que el escrito de apelación fué notificado a la parte demandada apelada y radicado en la secretaría de la corte inferior el día 5 de junio de 1942, o sea 36 días después de la fecha en que quedó archivada con los autos una copia de la notificación y cuando ya había expirado el término de 30 días que para poder apelar para ante esta Corte Suprema fija el artículo 295 del Código de Enjuiciamiento Civil y la sección 2 de la Ley núm. 70 de 9 de marzo de 1911.

POR CUANTO, esta Corte Suprema ha sostenido en numerosas decisiones que la fecha del archivo de la notificación es la que la ley fija como punto de partida para contar el término que concede para interponer el recurso de apelación, no importa la fecha en que la parte perdidosa reciba la notificación. *Arzuaga* v. *Roe et al.*, 20 D.P.R. 307; *Martorell* v. *Andino & Febres*, 38 D.P.R. 166; *Sánchez* v. *De Jesús*, 39 D.P.R. 844; *Buxó Jr.* v. *Sellés*, 47 D.P.R. 313; *Rodríguez* v. *Torres*, 48 D.P.R. 917; *Ríos* v. *Díaz*, 54 D.P.R. 697 y *Vázquez* v. *González*, 60 D.P.R. 718.

POR LO TANTO, habiéndose interpuesto el recurso tardíamente y careciendo esta Corte de jurisdicción para conocer del mismo, se declara con lugar la moción de desestimación.